# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### (Greenbelt)

INMATE- 21286-052
DAVID DiPAOLO
FCI HAZELTON
P.O. Box 5000
Bruceton MLS, WV, 26525

(Motion To Transfer Inmate to Manchester FCI, Ky.)

## "TRANSFER REQUEST" to "MANchester, Ky FCI"
### "From: Hazelton FCI"

7/9/18

UNITED STATES DISTRICT Judge
Deborah K. Chasanow
6500 cherrywood lane
Greenbelt MD, 20770

Motions the Court to move inmate DiPaolo (21286-052), housed at FCI HAZELTON currently. The inmate wishes to be housed at (FCI MANCHESTER, Ky.) Feels automotive programs and vocational courses are better equiped at such facility, more chance to rehabilitate.

## "MOVE TO "MANCHESTER, Ky FCI" Request

P.S. Sorry for the request and further Mr. DiPaolo Thanks the Court for it's time and Celebration.

Sincerely, [signature]

from DAVID DiPaolo 21286-052
FCI HAZELTON
P.O. Box 5000
Bruceton MLS, WV, 26525

___ FILED ___ ENTERED
___ LOGGED _✓_ RECEIVED

JUL 17 2018

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

TRANSFER REQUEST
from Hazelton FCI
to Manchester FCI
please.