

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Catherine Stavlas, Chief Deputy

Reply to Southern Division Address

July 17, 2018

David DiPaolo
Registration No. 21286-052
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

RE: United States of America v. David DiPaolo
Case No. DKC 14-0046

Dear Mr. DiPaolo:

The court received your letter requesting a transfer to FCI Manchester. Only the Bureau of Prisons has the authority to decide where and under what classification a person should serve his sentence. You should address your concerns to your counselor.

Felicia C. Cannon, Clerk

By: _____
Deputy Clerk

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov