From: DAVID DIPAOLO 21286-052
HAZELTON FCI
P.O. BOX 5000
Bruceton Mills, WV 26525

To: Judge Chasanow's office
Federal Court House of Greenbelt,
6400 Cherrywood Ln.
Greenbelt, MD 20770

Aug. 9th, 2019

RE: (F.R.P.) — Financial Restitution Program --- 100.$ processing Fee and 1,580.00 Fine the Court imposed. Counselor, Ms. Morgan requested a reciept from the Court so I'm asking if you could mail me a copy to satisfy the counselor. So I don't have to make more restitution I've Already made or so it doesn't come back up. She said she wants it in a week. I'm sorry to bother you.

Sincerely: David DiPaolo
D. DiPaolo

DAVID DiPaolo 21286-052
HAZELTON FCI
P.O. Box 5000
Bruceton Mills, WV 26525

P.S. Sorry to bother you...

FILED ___ ENTERED ___
LODGED ___ RECEIVED ___
AUG 15 2019
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY