FEDERAL Correctional Center-HAZELTON
DAVID DiPAOLO (21286-052)
P.O Box 5000
Bruceton Mills WV, 26525

DD

SEP 19 2019

Judge Chasanow
6400 cherrywood Lane
GreenBelt MD, 26525

Sorry to bother you but My computer here says I owe Financial Restitution payments, even though you just send me the reciept for them. It said 568.00 Considered for FRP. Payment. Could you ask them to fix it.

STAFF Seems set on charging me these payments for which I have a reciept for. Could you make sure the money doesnt leave my acct. Or nothing happens to me in the proccess. They dont have straight records after I paid my fine.

| Date Cashier | Refering to<br>Payer name | Amount | case # |
|---|---|---|---|
| 7/20/2016<br>M Diaz | for the benefit of<br>Federal Public Defender<br>David DiPado | 1587.52 $ | DMDX814Cr000046 |
| 7/20/2016<br>M Diaz | Federal public Defender<br>DAVID DiPaolo | 100.00 $ | DMDX814Cr000046 |

They Are Saying I owe more fines?
568.72 $ thats today