TRULINCS 21286052 - DIPAOLO, DAVID - Unit: BEN-B-A

FROM: 21286052
TO: Rzero, Org
SUBJECT: apology
DATE: 01/31/2022 11:22:04 AM

14cr-46-DKC

FILED / ENTERED
LOGGED / RECEIVED

FEB 17 2022

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

FEBRUARY 1st 2022

UNITED STATES DISTRICT COURT OF GREENBELT MARYLAND
OFFICE OF JUDGE CHASANOW
4600 CHERRY WOOD LN
GREENBELT, MD 20770

FCI BENNETTSVILLE
DAVID DI PAOLO
P.O. BOX 52020
BENNETTSVILLE, SC 29512

Dear Judge Chasonow,

I am very sorry and I extremely apologize, and thank you for being fair.

FCI BENNETSVILLE
DAVID DI PAOLO
P.O. BOX 52020
BENNETTSVILLE, SC 29512

Best Regards;